X. AMUSEMENT COMPANY, INC., v. HERMOS AMUSEMENT COMPANY, INC. — Motion for stay denied, with ten dollars costs, and temporary stay

vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.